IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HOLLY LOWRANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-663-WKW |
| | ) | |
| BIBB COUNTY DHR, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On February 14, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a).

DONE this 2nd day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE